REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-K

| CAUSE OF ACTION: | 15:2(a) Fair Labor Standards Act | | | |
|---|---|---|---|---|
| CASE NO: 15-CV-807 | DATE REFERRED: 6/29/2015  DISPOSITION DATE: | PURPOSE: for the purpose of settlement to commence on 6/30/2015 and conclude by 8/31/2015 | JUDGE: Amy Berman Jackson | MAG. JUDGE Alan Kay |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| NASSER RAZMYAR | BOMBAY CLUB, INC., ET AL., |

ENTRIES:

6/29/2015 [8] ORDER granting 6 Motion to Stay. With the consent of the parties on June 26, 2015, it is ORDERED that: 1) The parties' 6 Joint Motion to Stay and Referral to Magistrate for Mediation is GRANTED and this matter is referred to Magistrate Judge Alan Kay for settlement purposes to commence on June 30, 2015 and to conclude on August 31, 2015; 2) The parties shall submit a report to this Court on the status of the mediation by August 28, 2015, and if the case settles in whole or in part, both parties shall immediately advise the Court of the settlement by filing a stipulation; Signed by Judge Amy Berman Jackson on 6/29/2015.