UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER RAZMYAR, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 15-00807 (ABJ/AK) |
| BOMBAY CLUB, INC., *et al.*, | ) |
| Defendants. | ) |

**ORDER**

The above-captioned case was referred to the undersigned for mediation by the Honorable Amy Berman Jackson.  Accordingly, it is by the Court this 6th day of July, 2015, hereby **ORDERED:**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [room 2333] on July 31, 2015, beginning at 2:00 p.m., and on August 25, 2015, beginning at 10:00 a.m.  The parties should attend the mediations, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required. If settlement statements are submitted, they should be e-mailed to Magistrate Judge Kay's career clerk at the following address: Deborah_Mulligan@dcd.uscourts.gov, or they may be mailed to Chambers at:  Magistrate Judge Alan Kay, 333 Constitution Ave., N.W., Room 2333, Washington, D.C. 20001.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible and

  call chambers to select some alternative dates/times. There is no need to file a motion to continue the mediation unless the new date exceeds any deadline for mediation set by the trial court.

4. If the mediation must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.

5. If a sign language interpreter or other service will be requested, counsel will contact Chambers directly to make that request as soon as possible. To ensure the service is available, counsel will re-request such service each time it is necessary; e.g., for any follow-up sessions.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE