UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER RAZMYAR, individually and on behalf of others similarly situated, <br><br> Plaintiff. <br><br> v. <br><br> BOMBAY CLUB, INC et al., <br><br> Defendants. | Civil Action No.: 1:15-cv-807-ABJ |

**JOINT STATUS REPORT AND MOTION TO EXTEND THE STAY**

Pursuant to the Court's Order on January 5, 2016, Plaintiff Nasser Razmyar and Defendants Bombay Club Inc. and Knightsbridge Management Inc. (collectively "Defendants"), hereby submit this Joint Report advising the Court on the progress of their settlement:

1. Plaintiff Nasser Razmyar filed his Complaint on June 2, 2015 asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the District of Columbia Minimum Wage Act Revision Act ("DCMWA"), D.C. Code § 32-1001 *et seq.*; and the District of Columbia Wage Payment and Collection Law ("DCWPCL"), D.C. Code § 32-1301, *et seq.* Plaintiff brought his FLSA and DCMWA claims as "Collective Actions," and his DCWPCL claim as a class action under Rule 23 of the Federal Rules of Civil Procedure.

2. As previously reported to the Court, on December 23, 2015, the parties reached a settlement in principle, which included a settlement of all opt-in Plaintiffs under the Collective Actions, and a framework for payment of Rule 23 putative class members.

3. The Parties are currently in the process of final negotiations of the class-wide settlement of all claims. The Parties have continued to work diligently, and have made significant

progress towards finalizing the settlement.  Accordingly, the parties are drafting the settlement agreement and joint motion for: (1) preliminary approval of class settlement; (2) certification of the class/collective action for settlement purposes; (3) issuance of class notice; and (4) request for scheduling of final approval for hearing.

4. The Parties do, however, require additional time to confer with their clients and resolve the last remaining issues still under discussion.  The parties intend to file a motion for preliminary approval on or before February 19, 2016.

5. In light of the foregoing, the Parties respectfully request that the Court continue the stay pending approval of the settlement by the Court.

Date:   January 29, 2016

Respectfully submitted,

| | |
|---|---|
| _____/s/Brendan J. Klaproth_____<br>Brendan J. Klaproth (D.C. Bar No. 999360)<br>Klaproth Law PLLC<br>406 5th Street NW<br>Suite 350<br>Washington, DC 20001<br>Tel:  (202) 618-2344<br>Fax:  (202) 618-4636<br>Email: bklaproth@klaprothlaw.com<br>*Attorney for Plaintiff* | _____/s/ Sundeep Hora_____<br>Sundeep Hora (D.C. Bar. No. 472944)<br>ALDERMAN, DEVORSETZ & HORA PLLC<br>1025 Connecticut Ave., NW<br>Suite 615<br>Washington, D.C. 20036<br>Tel. 202.969.8220<br>Fax 202.969.8224<br>E-mail: shora@adhlawfirm.com<br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 29, 2016, I electronically served the foregoing via the PACER ECF/electronic filing system to counsel of record for all parties who have appeared.

                /s/ *Brendan Klaproth*
                Brendan Klaproth