UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER RAZMYAR, individually and on behalf of others similarly situated,<br><br>    Plaintiff.<br><br>      v.<br><br>BOMBAY CLUB, INC et al.,<br><br>    Defendants. | Civil Action No.: 1:15-cv-807-ABJ |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR SETTLEMENT PURPOSES, DIRECTING THE ISSUANCE OF CLASS NOTICE, AND SCHEDULING FINAL APPROVAL HEARING**

Plaintiff Nasser Razmyar, on behalf of himself and all others similarly situated, respectfully submits his Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Appointment of Class Counsel, Approval of Proposed Class Notice, and Scheduling of a Final Approval Hearing. In support thereof, Plaintiff has contemporaneously filed a Statement of Points and Authorities. Defendants Bombay Club Inc. and Knightsbridge Management Inc. (collectively "Defendants") consent, for settlement purposes only, to Plaintiff's requested relief contained therein. For the reasons set forth in the attached Statement of Points and Authorities, Plaintiff respectfully requests that the Court grant his Unopposed Motion, and enter the accompanying [Proposed] Order Granting Preliminary Approval of Class Action Settlement.

Dated: February 21, 2016

                                        Respectfully submitted,

                                        _____/s/Brendan J. Klaproth_____
Brendan J. Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Tel:   (202) 618-2344
Fax:  (202) 618-4636
Email: bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2016, I electronically served the foregoing via the PACER ECF/electronic filing system to counsel of record for all parties who have appeared.

/s/ Brendan J. Klaproth
Brendan J. Klaproth