UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER RAZMYAR, individually and on behalf of others similarly situated,<br><br>    Plaintiff.<br><br>        v.<br><br>BOMBAY CLUB, INC et al.,<br><br>    Defendants. | Civil Action No.: 1:15-cv-807-ABJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEY'S FEES, AND APPROVAL OF INCENTIVE AWARD FOR PLAINTIFF**

Plaintiff Nasser Razmyar, on behalf of himself and all others similarly situated, respectfully submits his Unopposed Motion for Final Approval of Class Action Settlement, Award of Attorney's Fees, and Approval of Incentive Award for Plaintiff. In support thereof, Plaintiff has contemporaneously filed a Statement of Points and Authority. Defendants Bombay Club Inc. and Knightsbridge Management Inc. (collectively "Defendants") consent, for settlement purposes only, to Plaintiff's requested relief contained therein. For the reasons set forth in the attached memorandum of law, Plaintiff respectfully requests that the Court grant his Unopposed Motion, and enter the accompanying [Proposed] Order granting final approval of class action settlement, awarding attorney's fees, and approving an incentive award for the Plaintiff.

Dated: May 10, 2016

2

Respectfully submitted,


     /s/Brendan J. Klaproth
Brendan J. Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Tel:   (202) 618-2344
Fax:  (202) 618-4636
Email: bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 10, 2016, I electronically served the foregoing via the PACER ECF/electronic filing system to counsel of record for all parties who have appeared.

/s/ Brendan J. Klaproth
Brendan J. Klaproth